IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                          CHAPTER 7

MICHAEL EDWARD YOUNG                                              CASE NO. 10-03025-EE
MELISSA RENEE YOUNG

## MOTION TO REFUND FILING FEE

**COMES NOW**, Eileen N. Shaffer, attorney for First Heritage Credit of Mississippi, and files this her Motion to Refund Filing Fee of $150.00 for a Motion for Relief from Stay, and would show unto the Court as follows:

1.    That on December 14, 2010, counsel for First Heritage filed a Motion to Lift the Automatic Stay in this case at the same time a Certification of Completion of Postpetition Instructional Course was being filed in a separate case. Due to the simultaneous filing of these pleadings, an error occurred in the issuance of the receipt. As a result, First Heritage paid the Court cost for the Motion to Lift Stay twice.

2.    That Eileen N. Shaffer requests of the Court that she be refunded the filing fee of $150.00 for the Motion to Lift Stay.

**WHEREFORE, PREMISES CONSIDERED,** Eileen N. Shaffer, respectfully requests that this Court enter an order granting her request to be refunded the filing fee of $150.00, and such other relief as is deemed just.

Respectfully submitted,

By:    /s/ Eileen N. Shaffer
       EILEEN N. SHAFFER
       Attorney for First Heritage Credit of MS

EILEEN N. SHAFFER, MSB #1687
401 E. Capitol St., Suite 316
P.O. Box 1177
Jackson, MS 39215-1177
(601) 969-3006
enslaw@bellsouth.net

## **CERTIFICATE OF SERVICE**

      I, Eileen N. Shaffer, Attorney for First Heritage Credit of Mississippi, do hereby certify that I have this date mailed, by United States Mail, postage prepaid, and transmitted by ECF noticing, a true and correct copy of the above and foregoing Motion to Refund Filing Fee to the following, on the day and year hereinafter set forth:

    Stephen Smith
    Chapter 7 Trustee
    trustee1@smithcpafirm.com

    R. Michael Bolen
    United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the   16th   day of   December  , 2010.


                              /s/ Eileen N. Shaffer
                              EILEEN N. SHAFFER